**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZILITIS, | No. CR 99-0073 SI<br>(No. C 02-1453 SI) |
| Petitioner, | |
| v. | **ORDER REFERRING REQUEST FOR DISQUALIFICATION PURSUANT TO L.R. 3-15** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner/defendant Robert Zilitis has filed a Motion for Disqualification of Judge.  Pursuant to Local Rule 3-15, this motion is referred to the Clerk for random assignment to another Judge.

**IT IS SO ORDERED.**

Dated: December 22 , 2006

SUSAN ILLSTON
United States District Judge