United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 99-0073 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |
| v. | |
| ROBERT LEE COLLINS, a/k/a ROBERT ZILITIS, | |
| Defendant. / | |

On March 7, 2007, the Court denied defendant's motion for resentencing. Defendant has since filed a letter requesting that the Court reconsider its order in light of defendant's reply brief, which was filed on March 9, 2007, and has also filed a motion for reconsideration of the March 7, 2007 order.

For the reasons stated in the Court's March 7, 2007 order, defendant's motion for resentencing lacks merit. Defendant received a weapons enhancement for Count 11, which involved a January 5, 1999 robbery; defendant's conviction under 18 U.S.C. § 924(c) was for Count 9, which involved a December 4, 1998 robbery. Thus, defendant's assertion that he received a weapons enhancement for the § 924(c) conviction is incorrect. Accordingly, the Court DENIES defendant's motions for reconsideration. (Docket Nos. 493 & 494).

**IT IS SO ORDERED.**

Dated: March 29, 2007

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28