IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT LEE COLLINS, a/k/a ROBERT ZILITIS,<br><br>    Defendant.<br>_____/ | No. CR 99-0073 SI<br><br>**ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS; DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

On March 19, 2007, defendant filed a notice of appeal of this Court's March 7, 2007 order. Defendant has filed a request for a certificate of appealability, and a request to proceed *in forma pauperis*. (Docket Nos. 492 & 495). For the reasons stated in the Court's March 7 and March 29, 2007 orders, defendant's claims concerning his sentencing lack merit, and accordingly the Court finds that the appeal is not taken in good faith. The Court DENIES defendant's request for a certificate of appealability as well as the request to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

Dated: April 3, 2007

_____
SUSAN ILLSTON
United States District Judge