IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT LEE COLLINS, a/k/a ROBERT ZILITIS,<br><br>    Defendant.<br>                                          / | No. CR 99-0073 SI<br><br>**ORDER CONSTRUING DEFENDANT'S RULE 60(b) MOTION AS SECOND OR SUCCESSIVE HABEAS PETITION; DENYING FOR LACK OF JURISDICTION** |

On December 20, 2006, defendant filed a "Motion Seeking Relief Pursuant to Federal Rules of Civil Procedure 60(b)(2)-(4) and Motion for Recusal of Judge Susan Illston." (Docket No.480). In that motion, defendant requested that the undersigned not rule on the Rule 60(b) motion. The Court referred the recusal motion for reassignment, and by order filed January 3, 2007, Judge Breyer denied the recusal motion. (Docket No. 482).

The Court has received a letter dated July 27, 2008 from defendant inquiring about the status of the December 20, 2006 Rule 60(b) motion. The Court has reviewed the Rule 60(b) motion and determines that it constitutes a second or successive habeas petition, as defendant previously filed a habeas petition pursuant to 28 U.S.C. § 2255, and the Rule 60(b) motion contends that defendant's conviction must be set aside due to new evidence and fraud. This Court lacks jurisdiction to consider the petition, and defendant must first obtain permission from the Ninth Circuit Court of Appeals to file a second or successive habeas petition. *See Harrison v. Ollison*, 519 F.3d 952, 955 (9th Cir. 2008).

Accordingly, the Court DENIES defendant's Rule 60(b) motion. (Docket No. 480).

**IT IS SO ORDERED.**

Dated: September 30, 2008

SUSAN ILLSTON
United States District Judge