UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT COLLINS,<br><br>Defendant. | Case No. 99-cr-00073-SI-1<br>Related Case No. 16-cv-3445 SI<br><br>**ORDER RE: RECENT FILINGS BY DEFENDANT COLLINS**<br><br>Re: Dkt. Nos. 553, 554, 556, 557 |

The Court has received a number of *pro se* filings from defendant Robert Collins. Although Mr. Collins is represented by the Federal Public Defender, at least for the purpose of litigating the 28 U.S.C. § 2255 motion asserting a claim under *Johnson* (filed at Dkt. No. 533, denied by the Court at Dkt. No. 547), Mr. Collins has also filed *pro se* letters and motions requesting relief and in which he states that he and his attorney have had some communication problems. The Court issues this order, **which is to be served on Mr. Collins and his counsel**, to clarify various matters.

First, Mr. Collins requests that the Court issue a certificate of appealability on the denial of his section 2255 motion. Dkt. No. 553. The Court has already done that, *see* Dkt. No. 547, and his lawyer filed a notice of appeal. Dkt. No. 548. Thus, this Court's denial of the section 2255 motion raising the *Johnson* claim is now pending before the Ninth Circuit Court of Appeals, and there is nothing further for Mr. Collins to do regarding that matter before this Court.

Second, to the extent Mr. Collins requests a second certificate of appealability regarding additional matters raised in his motion for reconsideration, Dkt. No. 556, that request is DENIED for the reasons stated in the Court's order denying the motion for reconsideration. If Mr. Collins wishes to proceed with the *pro se* appeal he has filed regarding the denial of the motion for

reconsideration, he must pay the filing fee. Dkt. No. 557.

Third, Mr. Collins requests a receipt from the Clerk of the Court for a payment he supposedly sent the Clerk of the Court in December 2017. Dkt. No. 554. **The Court refers this matter to the Finance Department of the Clerk's office**.

**IT IS SO ORDERED**.

Dated: April 3, 2018

_____
SUSAN ILLSTON
United States District Judge